UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CELERINO CARRASCO,

       Plaintiff,

    v.

ALBERTO GONZALES, *et al.*,

       Defendant.

Case No.  C06-5106RBL

ORDER DISMISSING
**FRIVOLOUS COMPLAINT
PURSUANT TO 28 U.S.C. §
1915**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's complaint is DISMISSED;

(3)    Plaintiff's pending motions are DENIED, as being moot;

(4)    The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

(5)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

DATED this 4th day of October, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1